# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

GREGORY SHUTTS,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.; LES SCHWAB
TIRE CENTER, and DOES 1 through
100 inclusive,

        Defendants.

Case No. 2:17-cv-02452-TLN-GGH
*Assigned to District Judge Troy L.
Nunley; Referred to Magistrate Judge
Gregory G. Hollows*

**ORDER GRANTING FIRST
STIPULATION TO EXTEND
DEFENDANT LES SCHWAB TIRE
CENTER'S TIME TO RESPOND
TO COMPLAINT**

Initial Resp. Date:  December 18, 2017
New Resp. Date:    January 12, 2018

Complaint Filed:  November 21, 2017
Trial Date:         TBD

**ORDER**

The Court has reviewed the Stipulation filed by Plaintiff Gregory Schutts and Defendant Les Schwab Tire Center ("Defendant") to extend Defendant's time to file a responsive pleading. Good cause appearing thereon, the Court hereby orders as follows:

Defendant's time to file a responsive pleading to the Complaint is hereby extended. Defendant shall file its responsive pleading to the Complaint on or before January 12, 2018.

**IT IS SO ORDERED.**

Dated: January 2, 2018

_____
Troy L. Nunley
United States District Judge

1