Doll Amir & Eley LLP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY SHUTTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; LES SCHWAB TIRE CENTER, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-02452-TLN-GGH<br>*Assigned to District Judge Troy L. Nunley; Referred to Magistrate Judge Gregory G. Hollows*<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT LES SCHWAB TIRE CENTER'S TIME TO RESPOND TO COMPLAINT**<br><br>Current Resp. Date: January 12, 2018<br>New Resp. Date: 　January 22, 2018<br><br>Complaint Filed: 　November 21, 2017<br>Trial Date: 　　　TBD |

1   The Court, having reviewed the stipulation of plaintiff Gregory Shutts
2   ("Plaintiff") and defendant Les Schwab Tire Center ("Les Schwab") to extend the
3   time for Les Schwab to respond to Plaintiff's Complaint, and good cause having been
4   shown, hereby GRANTS the parties' request. Les Schwab is ordered to file a
5   responsive pleading to Plaintiff's Complaint on or before January 22, 2018.

**IT IS SO ORDERED.**

Dated: January 18, 2018

_____
Troy L. Nunley
United States District Judge