O

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY SHUTTS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; LES SCHWAB TIRE CENTER, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 2:17-cv-02452-TLN-GGH<br>*Assigned to District Judge Troy L. Nunley; Referred to Magistrate Judge Gregory G. Hollows*<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND DEFENDANT LES SCHWAB TIRE CENTER'S TIME TO RESPOND TO COMPLAINT**<br><br>Current Resp. Date: January 22, 2018<br>New Resp. Date: February 1, 2018<br><br>Complaint Filed: November 21, 2017<br>Trial Date: TBD |

ORDER GRANTING THIRD STIPULATION TO EXTEND DEFENDANT LES SCHWAB TIRE CENTER'S TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | The Court, having reviewed the stipulation of plaintiff Gregory Shutts |
| 2 | ("Plaintiff") and defendant Les Schwab Tire Center ("Les Schwab") to extend the |
| 3 | time for Les Schwab to respond to Plaintiff's Complaint, and good cause having been |
| 4 | shown, hereby GRANTS the parties' request. Les Schwab is ordered to file a |
| 5 | responsive pleading to Plaintiff's Complaint on or before February 1, 2018. |
| 6 | |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | Dated: 1/30/2018 |

Troy L. Nunley
United States District Judge