SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Gregory Shutts

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY SHUTTS, <br><br> Plaintiff, <br> v. <br><br> THE GOLDEN 1 CREDIT UNION; et. al., <br><br> Defendants. | Case No.: 2: 17-cv-02452-TLN-GGH <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT LES SCHWAB TIRE CENTER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Gregory Shutts and defendant Les Schwab Tire Center, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal within 21 days once the settlement is finalized.

Dated:   January 31, 2018          **Sagaria Law, P.C.**
                                    /s/ *Elliot Gale*
                                    Elliot Gale
                                    Attorneys for Plaintiff
                                    Gregory Shutts