Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Gregory Shutts

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| GREGORY SHUTTS,<br><br>Plaintiff,<br><br>vs.<br><br>LES SCHWAB TIRE CENTER; et. al.,<br><br>Defendants. | Case No.: 2:17-CV-02452-TLN-GGH<br>*Assigned to: District Judge Troy L. Nunley; Referred to Magistrate Judge Gregory G. Hollows*<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT LES SCHWAB TIRE CENTERS OF PORTLAND, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Gregory Shutts and defendant Les Schwab Tire Centers of Portland, Inc. ("Les Schwab"), erroneously named in the Complaint as Les Schwab Tire Center, that Les Schwab be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: February 23, 2018   **SAGARIA LAW, P.C.**

By: */s/ Elliot W. Gale*
Elliot W. Gale
Attorneys for Plaintiff
Gregory Shutts

DATED: February 23, 2018   **DOLL AMIR & ELEY LLP**

By: */s/ Chelsea Diaz*
Chelsea Diaz
Attorneys for Defendant
Les Schwab Tire Centers of Portland, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Les Schwab is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE