Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Gregory Shutts

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY SHUTTS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No.: 2:17-cv-02452-TLN-GGH<br><br>Assigned to: Hon. Troy L. Nunley<br>Referred to: Hon. Gregory G. Hollows<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

      **PLEASE TAKE NOTICE THAT** plaintiff Gregory Shutts and defendant Experian Information Solutions, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal *with prejudice* of Experian Information Solutions, Inc. from the above-captioned case upon finalization.

                                            **Sagaria Law, P.C.**

Dated:   February 26, 2018          By:    /s/ *Elliot Gale*
                                                      Elliot Gale
                                                      Attorneys for Plaintiff

| | |
|---|---|
| | **Jones Day** |
| Dated: February 26, 2018 | By: /s/ *Steven A. Erkel* |
| | Steven A. Erkel, Esq. |
| | Attorneys for Defendant |
| | Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Steven A. Erkel has concurred in this filing.

*/s/ Elliot Gale*